UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| MAWAHIB O. MOHAMED,<br>a/k/a "May," | : |
| Defendant. | : |

- - - - - - - - - - - - - - - x

MISDEMEANOR
INFORMATION

07 Cr.

**07 CRIM. 503**

### COUNT ONE
(Theft of Public Property)

The United States Attorney charges:

1.    On or about January 4, 2007, in the Southern District of New York and elsewhere, MAWAHIB O. MOHAMED, a/k/a "May," the defendant, unlawfully, willfully, and knowingly did embezzle, steal, purloin and convert to her use and the use of another and, without authority, did sell, convey and dispose of a record, voucher, money and a thing of value of the United States and a department and agency thereof the aggregate value of which does not exceed the sum of $1,000, to wit, MOHAMMED helped sell a Medicaid benefit card bearing the name of "Edison Burke," a date of birth of March 9, 1963, and an address of 115 East 238th Street, Bronx, NY 10470, in exchange for $400.

(Title 18, United States Code, Sections 641 & 2.)

_____
MICHAEL J. GARCIA
United States Attorney