# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

January 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
New York, New York 10007

Re:   United States v. Mawahib O. Mohamed
       07 ~~Mag. 418~~  CR 503

Dear Judge Gorenstein:

I write on behalf of my client, Mawahib Mohamed, to respectfully request a temporary modification of her travel restrictions. Ms. Mohamed was presented before Judge Francis on March 19, 2007, and ordered released on a $25,000 personal recognizance bond signed by one financially responsible person, with strict pre-trial supervision and travel restricted to the Eastern and Southern Districts of New York. Ms. Mohamed wishes to travel to the Great Barrington, MA, for one day to accompany her younger sister to college for the spring semester. She will travel by Greyhound and will only need her travel conditions modified for Friday, January 18, 2008. I have spoken to Assistant U.S. Attorney Seetha Ramachandran who consents to this request; I have also spoken to Dina Naftaliev on behalf of Pre-Trial Services who has no objection to the modification either. Thus, I respectfully request that Your Honor endorse this letter as written permission for Ms. Mohamed to travel for the day. She will provide all details of her travel to Pre-Trial Services.

Thank you for your consideration of this matter.

Respectfully submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

SO ORDERED:

1/14/2008

HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge

cc:   Seetha Ramachandran
      Assistant United States Attorney
      Dina Naftaliev
      Pre-Trial Services Officer