| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **ECF CASE** |

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
MAWAHIB O. MOHAMED, ) **07 Cr. 503 (GWG)**
)
)
Defendant. )

TO:  Clerk of Court
United States District Court
Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case, replacing Assistant United States Attorney Peter Sobol, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney for the
                  Southern District of New York

                  by:   /s/ Seetha Ramachandran
                      Seetha Ramachandran
                      Assistant United States Attorney
                      (212) 637-2546

TO:  Deirdre Von Dornum, Esq.
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
Counsel for Defendant