# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

April 29, 2008

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
New York, New York 10007



Re:  United States v. Mawahib O. Mohamed
     07 ~~Mag. 418~~ 503
     07 CR

Dear Judge Gorenstein:

    I write on behalf of my client, Mawahib Mohamed, to respectfully request a temporary modification of her travel restrictions.  Ms. Mohamed was presented before Judge Francis on March 19, 2007, and ordered released on a $25,000 personal recognizance bond signed by one financially responsible person, with strict pre-trial supervision and travel restricted to the Eastern and Southern Districts of New York.  Ms. Mohamed wishes to travel to Great Barrington, MA, on May 7, 2008, to pick up her younger sister to college from college.  Assistant U.S. Attorney Seetha Ramachandran and Pre-Trial Services Officer Dina Nataliev both consent to this request.  Thus, I respectfully request that Your Honor endorse this letter as written permission for Ms. Mohamed to travel for the day.  She will provide all details of her travel to Pre-Trial Services.

    Thank you for your consideration of this matter.

Respectfully submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:  Seetha Ramachandran
     Assistant United States Attorney
     Dina Naftaliev
     Pre-Trial Services Officer

SO ORDERED:

HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge   5/5/2008